NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1592

STATE OF LOUISIANA

VERSUS

RUSTY GENE LOVEJOY

************

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ALLEN, NO. CR-2001-5494,
HONORABLE JOEL G. DAVIS, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy H. Ezell, Judges.

AFFIRMED AND REMANDED WITH INSTRUCTIONS.

Douglas L. Hebert, Jr., D.A.
John E. Demoruelle, A.D.A.
Post Office Box 839
Oberlin, LA 70655
(337) 639-2641
COUNSEL FOR PLAINTIFF/APPELLEE:
     State of Louisiana

Romelzy Willis, Jr.
Michael S. Willis
The Willis Law Firm
Post Office Box 1368
Oberlin, LA 70655
(337) 639-4600
COUNSEL FOR DEFENDANT/APPELLANT:
     Rusty Gene Lovejoy